U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
11/22/2010
Hon. Janice Miller Karlin, Presiding

01:30 PM

Case Information:
    10-41351 William Eldon Hefley and Michelle Ann Hefley   Chapter: 13

Judge: JMK   Filed: 07/29/2010      Pln Confirmed:

Appearances:
    Frederick R. Smith  representing  William Eldon Hefley  (Debtor)
    Frederick R. Smith  representing  Michelle Ann Hefley  (Joint Debtor)
  √ Jan Hamilton  (Trustee)

Issue(s):
    Chapter 13 Plan  Filed by Joint Debtor Michelle Ann Hefley, Debtor William Eldon Hefley.

Notes/Decision:

**Plan Confirmed.**

Courtroom Deputy: Joyce Ridgeway
ECRO Deputy: Shawna Belcher